[8unclfgr] [Unclaimed Funds Order]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:	Case No. 8:04-bk-10212-CED
Chapter 13

Sherry L. Kantaras
aka Sherry Noodwang
aka Sherry Strickland
3525 Umber Road
Holiday, FL 34691

_____Debtor*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

    THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on December 24, 2009 by Dilks & Knopik, LLC on behalf of Creditor Mitsubishi Motors Credit of America, Inc. . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $ 1,608.67 has been deposited in the Registry of the Court and that the Motion should be granted.

    Accordingly, it is

    **ORDERED** that the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of Creditor Mitsubishi Motors Credit of America, Inc. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $1,608.67 to the order of:
Mitsubishi Motors Credit of America c/o Brian J. Dilks, Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027

    **DONE AND ORDERED** in Chambers at Tampa, Florida on _October 6, 2010_

_____
Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.